UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DAVID EUGENE BAILEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:11CV511 JCH |
| FRED JOHNSON, et al., | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated March 22, 2011 requiring him to pay a filing fee of $1.42. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated this 9th day of May, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE