UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID EUGENE BAILEY,           )
                               )
          Plaintiff,           )
                               )
     vs.                       )          Case No. 4:11CV511 JCH
                               )
FRED JOHNSON, et al.,          )
                               )
          Defendants.          )

## ORDER

This matter is before the Court upon its review of the record.  On August 22, 2011,

Defendant filed a Motion to Dismiss (ECF No. 17).  To date, Plaintiff has not responded to this

Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Wednesday, October 12, 2011**,

within which to respond to Defendants' Motion to Dismiss (ECF No. 17).  Failure to do so will result

in the Court's ruling on Defendant's unopposed motions.

Dated this _28th_ day of September, 2011.

                              /s/Jean C. Hamilton
                              UNITED STATES DISTRICT JUDGE